UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MANUEL A. YBARRA, JR.,

                Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

No. CV06-807-HU

OPINION AND ORDER

**MOSMAN, J.,**

On July 6, 2007, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#20) in the above-captioned case recommending the Commissioner's decision denying plaintiff's applications for benefits be remanded for further proceedings. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review, I agree with Judge Hubel' recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  10th   day of September, 2007.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court