IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MANUEL A. YBARRA, JR,                                CV# 06-807-HU

      Plaintiff,

      v.                                                       ORDER GRANTING
                                                      STIPULATED EAJA FEES,
JO ANNE B. BARNHART                    COSTS AND EXPENSES
Commissioner of Social Security,

      Defendant.

_____

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3420.68 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $3.80 in costs and $35.06 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

      DATED this 30th day of July, 2007.

      10th September, 2007

                                                                  _____
                                                                  United States ~~Magistrate~~ Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff